IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

UNITED STATES OF AMERICA,

v.

MARK CONSIGLIO,

Defendant.

Criminal Action No. 18 - 35





## INDICTMENT

The Grand Jury for the District of Delaware charges that:

### COUNT ONE
### Possession of a Firearm Not Registered in the National Firearms Registry
### (26 U.S.C. § 5861(d))

On or about the 12th day of March, 2018, in the District of Delaware, the defendant, MARK CONSIGLIO, knowingly possessed a firearm, to wit, a destructive device, as defined in Section 5845(f), commonly known as a pipe bomb, not registered to him in the National Firearms Registration and Transfer Record.

All in violation of Title 26, United States Code, Sections 5841, 5861(d), and 5871.

### COUNT TWO
### Possession of a Firearm Not Registered in the National Firearms Registry
### (26 U.S.C. § 5861(d))

On or about the 12th day of March, 2018, in the District of Delaware, the defendant, MARK CONSIGLIO, knowingly possessed a firearm, to wit, a destructive device, as defined in Section 5845(f), commonly known as a pipe bomb, not registered to him in the National Firearms Registration and Transfer Record.

All in violation of Title 26, United States Code, Sections 5841, 5861(d), and 5871.

### COUNT THREE
### Possession of a Firearm Not Registered in the National Firearms Registry
### (26 U.S.C. § 5861(d))

On or about the 12th day of March, 2018, in the District of Delaware, the defendant, MARK CONSIGLIO, knowingly possessed a firearm, to wit, a destructive device, as defined in Section 5845(f), commonly known as a pipe bomb, not registered to him in the National Firearms Registration and Transfer Record.

All in violation of Title 26, United States Code, Sections 5841, 5861(d), and 5871.

### NOTICE OF FORFEITURE

Upon conviction of the offenses alleged in Counts One through Three of this Indictment, the defendant, MARK CONSIGLIO, shall forfeit to the United States pursuant to Title 26, United States Code, Section 5872 and Title 28 United States Code, Section 2461(c), any firearm involved in the alleged offenses.

_____
Grand Jury Foreperson

DAVID C. WEISS
United States Attorney

BY: _____
Alexander P. Ibrahim
Assistant United States Attorney

DATED: May 2, 2018