IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA | Criminal Action No. 18 – 35 |
| v. | |
| MARK CONSIGLIO | |

### MOTION AND ORDER FOR ARREST WARRANT

NOW COMES the United States of America, by and through its attorneys, David C. Weiss, United States Attorney for the District of Delaware, and Alexander P. Ibrahim, Assistant United States Attorney, and hereby moves this Honorable Court for the issuance of an arrest warrant against the defendant in the above-captioned case, as a result of the Indictment issued against him on May 2, 2018.



FILED
MAY 02 2018
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

Respectfully Submitted,

DAVID C. WEISS
UNITED STATES ATTORNEY

By: _____
Alexander P. Ibrahim
Assistant United States Attorney

Dated: May 2, 2018

AND NOW, this __2nd__ day of May 2018, based upon the foregoing Motion, **IT IS ORDERED** that a warrant be issued for the arrest and apprehension of Mark Consiglio.

_____
HONORABLE CHRISTOPHER J. BURKE
UNITED STATES MAGISTRATE JUDGE
DISTRICT OF DELAWARE